# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FOCUS CONTRIBUTION, LLC , <br>     Appellant/Cross-Respondent, <br> vs. <br> FEDERAL DEPOSIT INSURANCE <br> CORPORATION AS RECEIVER FOR <br> SOUTHWESTUSA BANK, N.A., A <br> NEVADA CORPORATION, <br>     Respondent/Cross-Appellant. | No. 67947 <br><br> **FILED** <br><br> OCT 1 0 2017 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY_____ <br> DEPUTY CLERK |
| FOCUS CONTRIBUTION, LLC, <br>     Appellant, <br> vs. <br> FEDERAL DEPOSIT INSURANCE <br> CORPORATION AS RECEIVER FOR <br> SOUTHWESTUSA BANK, N.A., A <br> NEVADA CORPORATION, <br>     Respondent. | No. 69890 |

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed.  The parties shall bear their own costs and attorney fees.  NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

17-34408

cc:   Hon. Kenneth C. Cory, District Judge
      Robert F. Saint-Aubin, Settlement Judge
      Reid Rubinstein Bogatz
      Sylvester & Polednak, Ltd.
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

2